```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 06 B 02293
   JOY L WATERS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-2262


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/09/2006 and was confirmed 04/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/10/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED           9336.00         1077.59       2040.39
ACN                       UNSECURED        NOT FILED           .00            .00
AMERICAN COLLECTION       UNSECURED        NOT FILED           .00            .00
TCF BANK                  NOTICE ONLY      NOT FILED           .00            .00
TCF NATIONAL BANK         NOTICE ONLY      NOT FILED           .00            .00
APPLIED CARD BANK         UNSECURED        NOT FILED           .00            .00
CBT ASPIRE                UNSECURED        NOT FILED           .00            .00
BANK ONE CHASE            UNSECURED        NOT FILED           .00            .00
CAPITAL ONE               UNSECURED          620.95            .00            .00
CAPITAL ONE               UNSECURED          520.18            .00            .00
CITY OF CHICAGO PARKING   UNSECURED          227.46            .00            .00
ARNOLD SCOTT HARRIS       NOTICE ONLY      NOT FILED           .00            .00
CHICAGO DEPT OF REVENUE   NOTICE ONLY      NOT FILED           .00            .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY      NOT FILED           .00            .00
COLLECTION COMPANY OF AM  UNSECURED        NOT FILED           .00            .00
CONSOLIDATED PUBLIC SERV  UNSECURED        NOT FILED           .00            .00
CREDIT PROTECTION ASSOCI  UNSECURED        NOT FILED           .00            .00
DANIEL TRUST CO INC       UNSECURED        NOT FILED           .00            .00
DIRECT MERCHANTS BANK     UNSECURED        NOT FILED           .00            .00
DISCOVER CARD             NOTICE ONLY      NOT FILED           .00            .00
PREMIER BANCARD CHARTER   UNSECURED          666.62            .00            .00
PREMIER BANCARD CHARTER   UNSECURED          446.70            .00            .00
FIRST PREMIER BANK        UNSECURED        NOT FILED           .00            .00
FIRST SAVINGS CREDIT CAR  UNSECURED        NOT FILED           .00            .00
HORSESHOE CASINO          UNSECURED        NOT FILED           .00            .00
CERTEGY                   NOTICE ONLY      NOT FILED           .00            .00
CERTEGY CHECK SERVICES I  NOTICE ONLY      NOT FILED           .00            .00
I C COLLECTION SERVICE    UNSECURED        NOT FILED           .00            .00
UIC PHYSICIANS GROUP      NOTICE ONLY      NOT FILED           .00            .00
LYNCH FORD INC            UNSECURED         1131.98            .00            .00
KUNTZ & KUNTZ             NOTICE ONLY      NOT FILED           .00            .00
MCI RESIDENTIAL SERVICES  UNSECURED        NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 02293 JOY L WATERS
```

```
GC SERVICES LP COLLECTIO  NOTICE ONLY    NOT FILED              .00              .00
NCO FINANCIAL SYSTEMS     NOTICE ONLY    NOT FILED              .00              .00
MIDWEST TITLE LOANS       UNSECURED      NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED         587.42              .00              .00
PROTOCOL RECOVERY         UNSECURED      NOT FILED              .00              .00
PROVIDIAN                 NOTICE ONLY    NOT FILED              .00              .00
RISCUITY                  UNSECURED      NOT FILED              .00              .00
RISCUITY                  UNSECURED      NOT FILED              .00              .00
ROBERT J ADAMS            UNSECURED        1564.96              .00              .00
DAVID J AXELROD & ASSOC~  NOTICE ONLY    NOT FILED              .00              .00
ROBERT J ADAMS            NOTICE ONLY    NOT FILED              .00              .00
SAGE TELECOM              UNSECURED      NOT FILED              .00              .00
AT & T BANKRUPCTY         UNSECURED      NOT FILED              .00              .00
SUN CASH OF WI LLC        UNSECURED      NOT FILED              .00              .00
TALK AMERICA              UNSECURED      NOT FILED              .00              .00
TELECHECK SERVICES        UNSECURED      NOT FILED              .00              .00
TRS RECOVERY SERVICES IN  UNSECURED      NOT FILED              .00              .00
UIC PHYSICIANS GROUP      UNSECURED      NOT FILED              .00              .00
WEST SUBURBAN HOSPITAL    UNSECURED      NOT FILED              .00              .00
WEXLER & WEXLER           UNSECURED      NOT FILED              .00              .00
COMMONWEALTH EDISON       UNSECURED         643.04              .00              .00
CAPITAL ONE               SECURED NOT I     49.00              .00              .00
FCNB MASTER TRUST         UNSECURED         832.60              .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         520.00              .00              .00
CAPITAL ONE AUTO FINANCE  UNSECURED         197.11              .00              .00
ASPIRE                    UNSECURED         435.86              .00              .00
ROUNDUP FUNDING LLC       UNSECURED         725.88              .00              .00
LEDFORD & WU              DEBTOR ATTY     2,500.00                          2,500.00
TOM VAUGHN                TRUSTEE                                             324.31
DEBTOR REFUND             REFUND                                                 .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              5,942.29

PRIORITY                                          .00
SECURED                                      2,040.39
    INTEREST                                 1,077.59
UNSECURED                                         .00
ADMINISTRATIVE                               2,500.00
TRUSTEE COMPENSATION                           324.31
DEBTOR REFUND                                     .00
                    ---------------       ---------------
TOTALS               5,942.29                5,942.29
```

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 06 B 02293 JOY L WATERS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```